**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gurpreet Singh, | No. CV-26-02152-PHX-DWL (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Respondents. | |

Based on the status report indicating that Petitioner has now been granted and posted bond (Doc. 11),

**IT IS ORDERED** that:

1. The remaining claims in the Petition (Doc. 1) are **dismissed as moot**.

2. The Clerk shall enter judgment accordingly and terminate this action.

Dated this 30th day of April, 2026.

Dominic W. Lanza
United States District Judge